Thiago M. Coelho (SBN 324715)
thiago@wilshirelawfirm.com
**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd., 12th Floor
Los Angeles, CA 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

Attorney for Plaintiff Valerie Brooks and the Putative Class


Erica L. Rosasco (SBN 220836)
erica@mckaguerosasco.com
Dawn M. Berry (SBN 292335)
dawn@mckaguerosasco.com
**McKAGUE | ROSASCO LLP**
1217 Pleasant Grove Blvd., Suite 120
Roseville, CA 95678
Telephone: (916) 672-6552
Facsimile: (916) 672-6563

Attorneys for Defendant Balmain (USA) LLC

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE BROOKS, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>BALMAIN (USA) LLC, a New York limited liability company; and DOES 1 to 10 inclusive,<br><br>　　　　　　　Defendants. | Case No. 2:20-cv-01626-MCE-CKD<br><br>**STIPULATION AND ORDER TO FURTHER EXTEND BRIEFING DEADLINES**<br><br>Complaint Filed: October 13, 2020<br>Trial Date: TBD<br>Judge: Hon. Morrison C. England, Jr. |

Plaintiff Valerie Brooks ("Plaintiff") and Defendant Balmain (USA) LLC ("Defendant"), by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, on December 15, 2020, Plaintiff filed a Motion to Strike certain affirmative defenses asserted by Defendant;

WHEREAS, the above-referenced Motion to Strike (Dkt. No. 7, hereinafter, the "Motion") was scheduled for hearing on January 14, 2021, thus making the opposition deadline December 30, 2020 and the reply deadline January 7, 2021;

WHEREAS, by its Minute Order dated December 16, 2020 (Dkt. No. 8), this Court took the hearing on the Motion off calendar but kept the opposition and reply deadlines in accordance with the original Motion hearing date; and

WHEREAS, in light of the scheduling impacts that flow from the holiday season, defense counsel sought additional time to file Defendant's opposition to the Motion, and on December 21, 2020, the parties stipulated to extend the briefing deadlines by two weeks; and

WHEREAS, in order to allow the parties time to address some of the issues raised in Plaintiff's motion and to determine whether an early resolution of this matter is possible, the parties seek to further extend the briefing deadlines for Plaintiff's motion.

NOW, THEREFORE, the parties, through their respective counsel of record, hereby stipulate that Defendant shall file its opposition by January 29, 2021 and Plaintiff shall file her reply by February 6, 2021.

IT IS SO STIPULATED.

Dated: December 31, 2020     **WILSHIRE LAW FIRM, PLC**

*/s/ Thiago M. Coelho* (as authorized on 12/31/2020)
Thiago M. Coelho
Attorney for Plaintiff and the Putative Class

Dated: December 31, 2020     **McKAGUE | ROSASCO LLP**

*/s/ Dawn M. Berry*
Erica L. Rosasco
Dawn M. Berry
Attorneys for Defendant

## **ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the deadline by which Defendant Balmain (US) LLC shall file an opposition to Plaintiff's Motion to Strike Affirmative Defenses is extended to not later than January 29, 2021. Plaintiff Valerie Brooks shall file a reply to Defendant's Opposition not later than February 6, 2021.

IT IS SO ORDERED.

Dated: January 28, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE